# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH STANLEY KOLEHMAINEN, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES, ET AL., ) <br> ) <br> Defendants. ) <br> ) | Civil No. 04cv0159 J (BLM) <br><br> **ORDER DISMISSING CASE FOR WANT OF PROSECUTION** |

On March 5, 2007, a Hearing was held before the Court pursuant to an Order to Show Cause as to why this case should not be dismissed for want of prosecution. [Doc. No. 6.] However, on the date of the Hearing, no parties appeared before the Court. Accordingly, the Court **DISMISSES** the case for want of prosecution pursuant to Local Civil Rule 41.1(a).

**IT IS SO ORDERED.**

DATED: March 26, 2007

HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge Major
   All Counsel of Record